THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS A. AXEL (SBN 173814)
Assistant United States Attorney
Chief, Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0689
    Facsimile: (213) 894-6269
    E-mail: Doug.Axel@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 01-527 |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
| | ) MOTION TO DISMISS INFORMATION |
| v. | ) |
| | ) |
| DONALD MAYE, | ) |
| | ) |
| Defendant. | ) |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, on motion of the government, the information in the above-referenced case as to the sole defendant DONALD MAYE is hereby DISMISSED.

IT IS SO ORDERED.

Dated: October 2, 2008.

_____
United States District Judge